

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Sean Ryan Bree,

Vs. No. 11-16-00218-CR

The State of Texas,

* From the 220th District Court
  of Comanche County
  Trial Court No. CR-03934.

* July 19, 2018

* Memorandum Opinion by Bailey, J.
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J.,
  sitting by assignment)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment to reflect that the amount of court costs is reduced from $278 to $0. As modified, we affirm the judgment of the trial court.